IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 1:25-cr-180 |
| v. ) | |
| ) | |
| JORGE ROMERO GONZALEZ, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of the parties' Joint Motion to Vacate and Remand and for good cause shown, it is hereby

ORDERED that the Judgment on Probation Violation entered on June 3, 2025, is hereby vacated, and it is

FURTHER ORDERED that this matter is remanded to the magistrate judge for resentencing, and it is

FURTHER ORDERED that any pending petition on violation in the term of probation that is vacated by this Order is quashed and moot, and it is

FURTHER ORDERED that the defendant's appeal of the Judgment entered on June 3, 2025, is dismissed as moot.

Entered this 28th day of August, 2025.

Hon. Claude M. Hilton
United States District Judge